[No. 24015-3-I.   Division One.   February 11, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. DUANE
CHARLES LANGE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 88-8-02954-9, Anne L. Ellington, J., entered
March 16, 1989. *Vacated* and *remanded* by unpublished
opinion per Winsor, J. Pro Tem., concurred in by Baker, J.,
Forrest, J., dissenting.

[No. 11703-7-II.   Division Two.   February 11, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. FRANK JAMES
GLANTZ, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 87-1-00852-5, John N. Skimas, J., entered
January 8, 1988. *Affirmed* by unpublished opinion per
Draper, J. Pro Tem., concurred in by Petrich, A.C.J., and
Alexander, J.

[No. 14092-6-II.   Division Two.   February 11, 1991.]

EDWARD L. DANZER, *Appellant,* v. THURSTON COUNTY,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 89-2-02203-3, Robert J. Doran, J.,
entered November 14, 1989. *Affirmed* by unpublished per
curiam opinion.

[No. 10295-5-III.   Division Three.   February 12, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. LAWRENCE J.
PHIFER, *Appellant.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 88-1-00405-3, Yancey Reser, J., entered
September 18, 1989. *Affirmed* by unpublished opinion per
Green, C.J., concurred in by Thompson and Shields, J.